IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DIAUNTE J. SHIELDS,

    Petitioner,

v.

CAROL HOLINKA, Warden,
Federal Correctional Institution,
Oxford, Wisconsin,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-361-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Diaunte J. Shields for a writ of habeas corpus under 28 U.S.C. § 2241.

_____    _12/30/11_
Peter Oppeneer, Clerk of Court            Date